IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SERGEANT HYPOLITE, | ) |
| Petitioner, | ) |
| v. | ) NO. CV 01-G-0317-E |
| IMMIGRATION AND NATURALIZATION SERVICE, | ) |
| Respondent. | ) |

**ENTERED**
**JUL 2 3 2001**

## MEMORANDUM OF OPINION

The petitioner, Sergeant Hypolite, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks relief from deportation to Haiti.

On July 16, 2001, the court was informed that the petitioner has been repatriated to Haiti and therefore is no longer in the custody of the respondent. (Doc. 6). Accordingly, this matter is due to be dismissed as moot.

DONE, this 23rd day of July, 2001.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE